## 9469. BLAKE v. THE STATE.

BROYLES, P. J. The verdict was authorized by the evidence and no reversible error of law appears.

*Judgment affirmed. Bloodworth and Harwell, JJ., concur.*

DECIDED MAY 1, 1918.

Indictment for assault with intent to murder; from Fulton superior court—Judge Hill. December 15, 1917.

*B. L. Milling, J. L. Moore, Tillou Von Nunes,* for plaintiff in error.

*John A. Boykin, solicitor-general, E. A. Stephens,* contra.